No. 11–10838.  MULLINIX v. UNITED STATES.  C. A. 3d Cir. Certiorari denied.

No. 11–10839.  ENRACA v. CALIFORNIA.  Sup. Ct. Cal.  Certiorari denied.

No. 11–10841.  WYRE v. UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 11–10842.  WEBER v. DELAWARE.  Sup. Ct. Del.  Certiorari denied.

No. 11–10843.  GRANTHAM v. FAKHOURY, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 11–10844.  FALCON v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 11–10845.  GRAY v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 11–10851.  HERNANDEZ-HERNANDEZ, AKA HERNANDEZ v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 11–10852.  HILL v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 11–10853.  FRANK v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 11–10854.  JACKSON v. THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 11–10855.  COAN v. MCCALL, WARDEN.  C. A. 4th Cir. Certiorari denied.

No. 11–10856.  MARLOW v. SUPREME COURT OF TENNESSEE ET AL.  Sup. Ct. Tenn.  Certiorari denied.

No. 11–10857.  RAMOS-HERNANDEZ v. UNITED STATES.  C. A. 1st Cir.  Certiorari denied.

No. 11–10859.  DELGADO-BENITEZ v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.